JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAUL VILLAMIL and KAITLYN TRUMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> MOBILE MEDICAL EXAMINATION SERVICES, INC., et al. <br><br> Defendants. | Case No: 8:18-CV-00885-JVS(JEMx) <br><br> ORDER OF DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Relators Paul Villamil and Kaitlyn Truman hereby, and upon order of the Court, dismiss without prejudice this action in its entirety, said dismissal being without prejudice as to the United States of America.

IT IS SO ORDERED.

Date: 3/24/20

United States District Judge
James V Selna